**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOWARD COHAN,**
    **Plaintiff,**

**v.**                 **Case No. 6:24-cv-1461-CEM-UAM**

**RP I-DRIVE LLC d/b/a TRYP BY**
**WYNDHAM ORLANDO I DRIVE**
**THEME,**
    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff Howard Cohan's for Clerk's Entry Of Default Against RP I-Drive LLC d/b/a Tryp by Wyndham Orlando I Drive Theme. (Doc. 19).

When a defendant fails to appear or otherwise defend against an action, and that failure is shown by affidavit or otherwise, the Clerk enters default. Fed. R. Civ. P. 55(a). Before entering default, the Courts must confirm that the defendant has been properly served. *Pardazi v. Cullman Med. Ctr.*, 896 F.2d 1313, 1317 (11th Cir. 1990).

Service of process is governed by Federal Rule of Civil Procedure 4, which allows a plaintiff to serve a limited liability company ("LLC") either by: (1) delivering the summons and complaint to an officer, managing agent, general agent, or any other agent authorized by law to accept service on the company's behalf, Fed. R. Civ. P. 4(h)(1)(B); or (2) following the state law where the district court is located

or where service is made. Fed. R. Civ. P. 4(h)(1)(A); *see also* Fed. R. Civ. P. 4(e)(1). (e)(1).

Florida law permits process to be served on a limited liability company by serving its (1) registered agent or (2) (a) any manager of a manager-managed company, (b) any member of a member-managed company, or (c) any person listed publicly on the company's most recent annual report. Fla. Stat. § 48.062(2), (3)(a)-(c). In this case, according to the Florida Secretary of State, the registered agent for RP I-Drive is Rodrigo Azpurua at 2750 SW 145th Avenue, Suite 401, Miramar, Florida 33027.[1]

The Return of Service Affidavit (Doc. 19-1) states that a copy of the summons and Amended Complaint[2] was served on RP I-Drive LLC's Registered Agent at 2750 SW 145th Avenue in Miramar via service on Carlos Pulido, an employee authorized to accept on the behalf of the Registered Agent for Defendant on September 24, 2024. (Doc. 19-1). Under § 48.062(4), "[a] person attempting to serve process pursuant to this section on a natural person, if the natural person is

---

[1] *See* https://search.sunbiz.org/Inquiry/CorporationSearch (search for RP I-Drive LLC; visited Jan. 28, 2025).
[2] Previously, the Return of Service failed to specify that the process server served the Amended Complaint on Defendant, stating the "Verified Complaint" that was served. (Doc. 14) and Magistrate Judge Kidd denied the original Motion for Entry of a Clerk's Default finding that Plaintiff had not met his burden to show service of the Amended Complaint had been perfected. (Doc. 17). Upon receipt of the Order Denying Plaintiff's Application for Clerk's Entry of Default, Plaintiff's counsel confirmed the process server had served the Amended Complaint and he provided an Amended Verified Return of Service specifying that it was the Amended Complaint served on the Defendant on September 24, 2024. (Docs. 18, 19, 19-1).

temporarily absent from his or her office, may serve the process during the first attempt at service on any employee of such natural person."

Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), RP I-Drive LLC's response to the Complaint was due 21 days after service of process or by October 15, 2024. RP I-Drive LLC has not entered an appearance in this action and has failed to answer the Complaint or otherwise defend. Service on RP I-Drive LLC properly complied with the statute and entry of default is warranted.

Based on the foregoing, it is ordered as follows:

1. Plaintiff Howard Cohan's for Clerk's Entry Of Default (Doc. 19) against RP I-Drive LLC d/b/a Tryp by Wyndham Orlando I Drive Theme is **GRANTED**.

2. The Clerk is **DIRECTED** to enter default against Defendant RP I-Drive LLC d/b/a Tryp by Wyndham Orlando I Drive Theme.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 29, 2025.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties